FILED

01/16/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0328

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0328

_____

BRIAN LATKANICH,

      Appellant and Appellee,

   v.

                                O R D E R

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, and EQT CHAP LLC,

      Appellees and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, February 26, 2025, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for Appellant EQT CHAP LLC, and thirty (30) minutes for Appellee Environmental Health Sciences.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to Honorable Rienne H. McElyea, District Judge.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 16 2025